# CASES DETERMINED

IN THE

# COURT OF ERRORS AND APPEALS,

FROM MARCH TERM, 1861, TO NOVEMBER TERM, 1863, INCLUSIVE,

IN SOME OF WHICH NO OPINIONS WERE DELIVERED, AND IN THE OTHERS
OPINIONS WERE READ, BUT THE REPORTER HAS BEEN
UNABLE TO OBTAIN THEM.

~~~~~~~~~~~~~~~~~~~~~

Between JEREMIAH McKIBBIN, appellant, and BENJAMIN H. BROWN, respondent.

[Decided at March Term, 1861.]

This case is reported in Chancery, in 1 *McCarter* 13.

*P. L. Voorhees* and *Browning*, for appellant.

*Beasley*, for respondent.

The decree of the Chancellor was affirmed by the following vote:

*For affirmance*—Judges BROWN, COMBS, CLAWSON, HAINES, OGDEN, SWAIN, VREDENBURGH, WHELPLEY, WOOD—9.

*For reversal*—CORNELISON, KENNEDY, VAN DYKE—3.